IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| JAMES D. WRIGHT, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 5:15-CV-263 (MTT) |
| JACKSON CORRECTION FACILITY, *et al.*, | ) |
| Defendants. | ) |

### ORDER

United States Magistrate Judge Stephen Hyles recommends dismissing the Plaintiff's complaint without prejudice pursuant to Rule 41(b) for failure to prosecute and failure to comply with a court order. (Doc. 22). The Plaintiff has not objected to the Recommendation. The Court has reviewed the Recommendation and accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge. Accordingly, the Recommendation is **ADOPTED** and made the order of this Court. The complaint is **DISMISSED without prejudice**.[1]

**SO ORDERED**, this the 21st day of June, 2016.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT

---

[1] Because the Plaintiff's claims arise out of events that allegedly occurred in May 2015, the relevant two year statute of limitations will not bar the refiling of his claims.